**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | |
|---|---|
| In Re: § | |
| § | |
| CHRISTOPHER CALLAWAY § | CASE NO. 22-90147-13 |
| LORA WINDHAM § | CHAPTER 13 |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF LEAD COUNSEL**

To: The Clerk of the Court and all Parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Office of the Attorney General, Child Support Division. Please terminate Angela Lancelin as attorney of record.

Further for purposes of sending notices, please continue to use:

Office of the Attorney General, Child Support Division

6161 Savoy, Ste. 320

Houston, TX 77036-3337

Respectfully submitted,
Office of the Texas Attorney General

_____
Ashley Carroll, Assistant Attorney General
Texas Bar No. 03884400
2001 Beach Street, Ste. 700
Fort Worth, Texas 76103
Phone: (817) 834-7037
Fax: (817) 834-7066
Email: bank5@oag.texas.gov

**CERTIFICATE OF SERVICE**

I certify a true and correct copy of the above Notice of Appearance and Substitution of Lead Counsel was sent by mail and/or electronic filing or transmittal to Walter David Stephens, attorney of record for Debtor and Lloyd Kraus, Chapter 13 Trustee on December 13, 2022.

_____
Ashley Carroll, Assistant Attorney General