**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **CHRISTOPHER CALLAWAY** | § | **CASE NO. 22-90147-13** |
| **LORA WINDHAM** | § | **CHAPTER 13** |

<u>**NOTICE OF APPEARANCE AND SUBSTITUTION OF LEAD COUNSEL**</u>

To: The Clerk of the Court and all Parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Office of the Attorney General, Child Support Division.  Please terminate Ashley Carroll as attorney of record.

Further for purposes of sending notices, please continue to use:

Office of the Attorney General, Child Support Division

6161 Savoy, Ste. 320

Houston, TX 77036-3337

Respectfully submitted,
Office of the Texas Attorney General

_____
Mario R. Sanchez, Assistant Attorney General
Texas Bar No. 24079267
6161 Savoy, Ste. 320
Houston, Texas 77036
Phone: (713) 787-7168
Fax: (713) 787-5769
Email: bank5@oag.texas.gov

<u>**CERTIFICATE OF SERVICE**</u>

I certify a true and correct copy of the above Notice of Appearance and Substitution of Lead Counsel was sent by mail and/or electronic filing or transmittal to Walter David Stephens, attorney of record for Debtor and Lloyd Kraus, Chapter 13 Trustee on  January 3, 2023.

_____
Mario R. Sanchez, Assistant Attorney General