
EOD
03/23/2023

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-90147 |
| Christopher Callaway | § | |
| | § | Chapter 13 |
| SSN(s) xxx-xx-2517 | § | |
| 320 Zed Creek Rd. | § | |
| Lufkin, Texas 75904 | § | |
| *Debtor* | § | |

### ORDER AUTHORIZING EMPLOYMENT OF JEFF B. BADDERS AND MARI E. BADDERS AS SPECIAL COUNSEL

ON THIS DATE the Court considered the "Application to Retain Special Counsel filed by the Chapter 13 Debtor, Christopher Callaway, seeking to employ Jeff B. Badders and Mari E. Badders of Badders Law Firm, P.C. as attorneys for the Movant for a specified special purpose, namely, the prosecution of a certain state court lawsuit against Union Standard Insurance Group. The Court finds that necessity for the retention of such professionals by the Movant has been demonstrated, that notice of the proposed employment has been properly given, that no objection to such employment has been timely filed and that the proposed professionals do not hold or represent an interest adverse to the estate with respect to the matter on which such professionals are to be employed. Accordingly, the Court finds that sufficient cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the employment of Jeff B. Badders and Mari E. Badders of Badders Law Firm, P.C. as attorneys for Movant for a specified special purpose is hereby APPROVED pursuant to the terms set forth in the Application; provided, however, that, notwithstanding any agreement to the contrary, no settlement of the litigation for which the approved special counsel to the Movant has been retained shall be consummated without the consent of the Chapter 13 Trustee and, except as otherwise authorized by the Trustee, any settlement obtained by special counsel has be approved by the Chapter 13 Trustee and funds

*6810   3/08/23*

*Callaway, Christopher – Case No. 22-90147*

received therefrom, shall be tendered to the Chapter 13 Trustee after attorneys' fees and reimbursement for all related costs expended in prosecuting this claim.

Signed on 03/23/2023

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

*6810   3/08/23*

*Callaway, Christopher – Case No. 22-90147*